IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ARI BANK,**  <br>　　　　　　**Plaintiff,**  <br><br>　　　v.  <br><br>**COMMUNITY COLLEGE OF PHILADELPHIA, VICTORIA ZELLERS, LEILA E. LAWRENCE, DEBONAIR OATES-PRIMUS AND MARY HOEFFEL,**  <br>　　　　　　**Defendants.** | **CIVIL ACTION**  <br><br><br><br>**NO. 22-293** |

## O R D E R

**AND NOW**, this 22nd day of July, 2022, upon consideration of Defendants' Motion to Dismiss Plaintiff's Complaint (ECF No. 10), Plaintiff's Response (ECF No. 12), and Defendants' Reply (ECF No. 16), it is **HEREBY ORDERED THAT** Defendants' Motion is **GRANTED IN PART** and **DENIED IN PART**.  It is **FURTHER ORDERED THAT**:

1. Defendants' Motion is **DENIED** as to Plaintiff's false light invasion of privacy claims;

2. Defendants' Motion is **GRANTED** as to Plaintiff's claims against Defendant Community College of Philadelphia pursuant to 42 U.S.C. § 1981, which are **DISMISSED WITH PREJUDICE**;

3. Defendants' Motion is **GRANTED** as to Plaintiff's claims against Defendant Community College of Philadelphia for discrimination based on race and sex pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e *et seq.*, which are **DISMISSED WITH PREJUDICE**;

4. Defendants' Motion is **GRANTED** as to Plaintiff's claims against Defendant Community College of Philadelphia for discrimination based on disability pursuant to the Americans

with Disabilities Act ("ADA"), 42 U.S.C. § 12101, *et seq*., which are **DISMISSED WITH PREJUDICE**;

5. Defendants' Motion is **GRANTED** as to Plaintiff's claims against Defendant Community College of Pennsylvania for discrimination based on race, sex, and disability pursuant to the Pennsylvania Human Relations Act, 43 Pa. Stat. Ann. § 951, *et seq.* ("PHRA"), which are **DISMISSED WITH PREJUDICE**;

6. Defendants' Motion is **GRANTED** as to Plaintiff's claims against Defendants Victoria Zellers and Leila E. Lawrence for race discrimination pursuant to 42 U.S.C. § 1981, which are **DISMISSED WITH PREJUDICE**;

7. Defendants' Motion is **GRANTED** as to Plaintiff's claims against Defendants Victoria Zellers and Leila E. Lawrence for aiding and abetting discrimination based on race, sex, and disability pursuant to the Pennsylvania Human Relations Act, 43 Pa. Stat. Ann. § 951, *et seq.* ("PHRA"), which are **DISMISSED WITH PREJUDICE**;

8. In all other respects, Defendants' Motion is **GRANTED** and Plaintiff's remaining claims are dismissed **WITHOUT PREJUDICE**.

BY THE COURT:

/s/Wendy Beetlestone, J.

**WENDY BEETLESTONE, J.**